7555

Court of Appeal
PARISH OF ORLEANS
FILED

NO. 7555                          STATE OF LOUISIANA

SWEET & ORR CO., Inc.        7555
                                  COURT OF APPEAL
        VS

GEO R. SWEENEY, ET AL.            PARISH OF ORLEANS.

7555

# OPINION.

By his Honor John St. Paul.

George R. Sweeney entered plaintiff's employ as a salesman on commission. He furnished a bond with Neil Sweeney and Adam Kirber as sureties thereon for the faithful performance of his duties, including the return of merchandise not accounted for and the repayment of monies drawn in excess of his commissions.

There was judgment below against all defendants in solido for $721.17; being $664.53 for money overdrawn, and $56.64 as the value of samples not returned. The sureties appeal.

The evidence of Ernest J. Carruthers, plaintiff's assistant office manager and bookkeeper, testifying from personal knowledge and uncontradicted, shows conclusively that at the time Geo. R. Sweeney severed his connection with plaintiffs, he had overdrawn his account to the extent of $664.53, and that he had repeatedly been furnished with statements showing this overdraft; which he had never disputed. This witness is corroborated (if such corroboration be necessary) by the positive statement of counsel for plaintiff that Sweeney acknowledged to him the existence and amount of this overdraft; which statement the trial judge believed, and so do we.

7

As to the samples, we do not think the evidence insufficient. Counsel admits that Sweeney, whilst acknowledging the overdraft, yet flatly denied any liability whatever for the samples; and that when he wrote to plaintiff for information regarding the same they answered that they could not give it, "as they had none at their command."

The judgment appealed from is therefore amended so as to reduce the amount allowed against Neil Sweeney and Adam Kérber (in solido) to Six Hundred and Sixty-four Dollars, and fifty-three cents ($664.53), with legal interest from judicial demand and the costs of the court below. And as thus amended said judgment is affirmed; plaintiff to pay costs of appeal.